IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHAD AARON RENNINGER, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>CLARION COUNTY DISTRICT )<br>ATTORNEY, *et al.*, )<br>)<br>Respondents. ) | Case No. 2:25-cv-1819 |

## MEMORANDUM ORDER

Petitioner Chad Aaron Renninger, an inmate at the State Correctional Institution at Albion ("SCI Albion"), initiated this *pro se* civil action with the lodging of a "Motion for Post Conviction Collateral Relief" directed against the Clarion County District Attorney, SCI Albion, and the Attorney General of the Commonwealth of Pennsylvania. ECF No. 1. The matter has been referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. §636(b)(1), and the Local Rules for Magistrate Judges.

On February 13, 2026, Judge Kelly issued a Report and Recommendation ("R&R") in which she opined that Petitioner's Motion for Post Conviction Collateral Relief should be construed as a petition for relief under 28 U.S.C. §2254 and dismissed for lack of subject matter jurisdiction. Judge Kelly observed that Petitioner is presently challenging his state court criminal conviction, which he also previously challenged (unsuccessfully) in a prior federal habeas action brought under 28 U.S.C. §2254. *See Renninger v. Oliver*, No. 22-76E (W.D. Pa. filed Feb. 28, 2022). Because this case appears to involve a "second or successive" habeas petition, and because Petitioner requires (but has not obtained) leave from the U.S. Court of Appeals for the

1

Third Circuit to prosecute this petition, *see* 28 U.S.C. §2244(b)(3)(A), Judge Kelly concluded that this Court lacks jurisdiction over the instant petition.

Objections to the R&R were due to be filed on or before March 2, 2026. To date, no objections have been filed.

Now, after *de novo* review of the documents in the case, including the Petitioner's Motion for Post Conviction Collateral Relief, ECF No. 1, 6, and the Magistrate Judge's R&R,

IT IS ORDERED, this 5th day of March 2026, that the Petitioner's motion is construed as a second or successive petition for habeas corpus relief under 28 U.S.C. §2254 and, so construed, is DISMISSED for lack of subject matter jurisdiction.

Because jurists of reason would not find it debatable that the instant case involves a second or successive habeas petition over which the Court lacks subject matter jurisdiction, IT IS FURTHER ORDERED that no certificate of appealability shall issue.

IT IS FURTHER ORDERED that the Report and Recommendation issued by U.S. Magistrate Judge Kelly on February 13, 2026, ECF No. [8], is adopted as the opinion of this Court.

There being no additional claims pending before the Court in this matter, the Clerk is directed to mark the within civil action "CLOSED."

*Susan Paradise Baxter*
SUSAN PARADISE BAXTER
United States District Judge